IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-882 (MN) (SRF) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on February 6, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 21) in this action, which recommended that the Court grant-in-part and deny-in-part both Plaintiff's Motion for Summary Judgment (D.I. 13) and the Commissioner's Cross-Motion for Summary Judgment (D.I. 17) and remand this case for further administrative proceedings; and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 21st day of February 2019 that the Report and Recommendation is ADOPTED. Plaintiff's Motion for Summary Judgment (D.I. 13) is GRANTED-IN-PART and DENIED-IN-PART and the Commissioner's Cross-Motion for Summary Judgment (D.I. 17) is GRANTED-IN-PART and DENIED-IN-PART.

IT IS HEREBY FURTHER ORDERED that this matter is remanded for further administrative proceedings to identify and resolve any conflicts between the occupational evidence provided by the vocational expert and the information in the Dictionary of Occupational Titles

regarding the frequent or constant fingering requirement for Plaintiff's past relevant work as a phlebotomist.

        IT IS FINALLY ORDERED that the Clerk of Court is directed to CLOSE this case.

                                                                              The Honorable Maryellen Noreika  
                                                                              United States District Court Judge